■ In the Matter of REMIGUEL SANCHEZ, Petitioner, v CHARLES H. SOLOMON et al., Respondents. [943 NYS2d 747]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Mazzarelli, J.P., Saxe, Moskowitz, Renwick and Freedman, JJ.

■ ONA 510 MEZZ HOLDINGS LLC, Appellant, v 510 LOAN FUNDING LLC et al., Respondents, et al., Defendant. [943 NYS2d 747]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Charles E. Ramos, J.), entered on or about October 22, 2010, and said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated on or about April 24, 2012, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Mazzarelli, J.P., Catterson, Moskowitz, Richter and Manzanet-Daniels, JJ.